Marvin Wexler (MW-6521)
Emily Rosdeitcher (ER-3546)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600

Gregory J. Vogt
LAW OFFICES OF GREGORY J. VOGT, PLLC
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314
(703) 838-0115

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BETH ISRAEL MEDICAL CENTER,
CONTINUUM HEALTH PARTNERS, INC., and     :   11-CV- 9655 (____)
ST. LUKE'S-ROOSEVELT HOSPITAL CENTER,    :
                                         :   ECF Case
            Plaintiffs,                  :
                                         :
    -against-                            :
                                         :   NOTICE OF VOLUNTARY
SIEMENS COMMUNICATION AND                :   DISMISSAL WITHOUT
INFORMATION NETWORKS, INC.,              :   PREJUDICE
SIEMENS COMMUNICATIONS, INC.,            :
and SIEMENS ENTERPRISE                   :
COMMUNICATIONS, INC.,                    :
                                         :
            Defendants.                  :
------------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiffs Beth Israel Medical Center, Continuum Health Partners, Inc., and St. Luke's-Roosevelt Hospital Center hereby voluntarily dismiss, without prejudice, the above-captioned action and Complaint, which has not been served.

175511 6NOTEAR.00004.wpd

Dated: New York, New York
       January 3, 2012

        KORNSTEIN VEISZ WEXLER & POLLARD, LLP

By: _____
    Marvin Wexler (MW-6521)
    Emily Rosdeitcher (ER-3546)
757 Third Avenue
New York, New York 10017
Tel.:   (212) 418-8600
Fax:   (212) 826-3640

        and

Gregory J. Vogt
Law Offices of Gregory J. Vogt, PLLC
2121 Eisenhower Avenue, Suite 200
Alexandria, Virginia 22314
Tel.:   (703) 838-0115
Fax:   (703) 684-3620

Attorneys for Plaintiffs